UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Anthony Dale Lifer,<br>    Petitioner, | )<br>)<br>)   No. 1:17-cv-210 |
| -v- | )<br>)   HONORABLE PAUL L. MALONEY |
| Shirlee Harry,<br>    Respondent. | )<br>)<br>) |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 12), and pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  July 14, 2017                            /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge